## RECONSIDERATION OF PRIOR DECISIONS

**2009–1484. Whitley v. River's Bend Health Care.**
Lawrence App. No. 08CA30, 183 Ohio App.3d 145, 2009-Ohio-3366. Reported at 126 Ohio St.3d 1217, 2010-Ohio-3269, 931 N.E.2d 583. On motion for reconsideration. Motion denied.
    BROWN, C.J., and PFEIFER and CUPP, JJ., dissent.

**2009–1552. State v. Johnson.**
Franklin App. No. 08AP–990, 2009-Ohio-3436. Reported at 126 Ohio St.3d 1211, 2010-Ohio-3214, 930 N.E.2d 812. On motion for reconsideration. Motion denied.

**2009–2302. Cincinnati Bar Assn. v. Kellogg.**
Board of Commissioners on Grievances and Discipline, No. 08–092. Reported at 126 Ohio St.3d 360, 2010-Ohio-3285, 933 N.E.2d 1085. On motion for reconsideration. Motion denied.

**2010–0391. State v. Adams.**
Franklin App. No. 09AP–141, 2010-Ohio-171. Reported at 126 Ohio St.3d 1535, 2010-Ohio-3825, 931 N.E.2d 1099. On motion for reconsideration. Motion denied.
    O'DONNELL, J., dissents.

**2010–0506. State v. Paul.**
Franklin App. No. 09AP–593. Reported at 126 Ohio St.3d 1536, 2010-Ohio-3825, 931 N.E.2d 1099. On motion for reconsideration. Motion denied.
    O'DONNELL, J., dissents.

**2010–0608. Clements v. Lima Mem. Hosp.**
Allen App. No. 1–09–24, 2010-Ohio-602. Reported at 126 Ohio St.3d 1513, 2010-Ohio-3331, 930 N.E.2d 331. On motion for reconsideration. Motion denied.
    PFEIFER, J., dissents.

**2010–0686. Hoffman v. Invent Help/I.S.C.**
Hamilton App. No. C–090242. Reported at 126 Ohio St.3d 1514, 2010-Ohio-3331, 930 N.E.2d 332. On amended motion for reconsideration. Motion denied.

**2010–0691. Tucker v. Pope.**
Miami App. No. 2009 CA 30, 2010-Ohio-995. Reported at 126 Ohio St.3d 1514, 2010-Ohio-3331, 930 N.E.2d 332. On motion for reconsideration. Motion denied. Motion to strike memorandum in opposition denied as moot.

**2010–0709. Summit Cty. Metro Parks v. Kinnett.**
Summit App. No. 24875, 2010-Ohio-881. Reported at 126 Ohio St.3d 1514, 2010-Ohio-3331, 930 N.E.2d 332. On motion for reconsideration. Motion denied. Motion for stay denied as moot.
    O'DONNELL, J., dissents.